FILED
CLERK, U.S. DISTRICT COURT

May 9, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar<br><br>of<br><br>Judge ANDRE BIROTTE, JR. | ORDER OF THE CHIEF JUDGE<br><br>**22-090** |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge Andre Birotte, Jr. to the calendar of Judge Terry J. Hatter, Jr. for all further proceedings:

| | |
|---|---|
| 2:20-cv-06504-AB-Ex | Lake George LLC et al v. Travelers Property Casualty Insurance Company et al |
| 2:20-cv-08043-AB-JPRx | Kevin Smock v. M/V Royal Buzzard, Inc., et ak |
| 2:20-cv-08451-AB-GJSx | Kristan Andrew Sosa v. United States Citizenship and Immigration Services et al |
| 2:21-cv-00921-AB-RAOx | BackGrid USA, Inc. et al v. LA Fashion Week, LLC et al |
| 2:21-cv-01922-AB-AFMx | Brent Lofton v. United States of America |
| 2:21-cv-05719-AB-PVCx | Pablo Vera v. City of Los Angeles et al |
| 2:21-cv-07578-AB-ADSx | Delaine Bernard v. Sanofi-Aventis U.S., et al |
| 2:21-cv-07742-AB-ADSx | Kent Sachs v. Charles Pankow Builders, Ltd. |
| 2:21-cv-08295-AB-Ex | Cleveland Constantine Browne et al v. Rodriguez Lopez-Cepero et al |
| 2:21-cv-08998-AB-ADSx | Kent Sachs v. Pankow Operating, Inc. et al |
| 2:21-cv-09566-AB-PDx | Calabasas Luxury Motorcars, Inc. v. General Motors LLC et al |
| 2:22-cv-00187-AB-KSx | Glen E. Friedman v. Barley Lodge Brewing, LLC et al |
| 2:22-cv-00296-AB-MARx | Influences, Inc. v. United Talent Agency, Inc et al |

In the Matter of the Transfer of
Cases from the Calendar of
Judge Andre Birotte, Jr.                                                                                                  2

| | |
|---|---|
| 2:22-cv-00298-AB-KSx | Alireza Amirghassemi v. Jamali Ashtiani et al |
| 2:22-cv-02372-AB-MAAx | Marina Goldman v. Transamerica Life Insurance Company et al |
| 2:22-cv-02768-AB-Ex | Universal Dyeing & Printing, Inc. v. Amazon.com, Inc. et al |
| 5:21-cv-01973-AB-KSx | Brian Bukle v. United States of America |
| 5:21-cv-02104-AB-SPx | Alfredo Lopez v. Ashley Furniture Industries, LLC et al |
| 5:22-cv-00717-AB-SHKx | Gary Ojeda v. McLane Foodservice Distribution, Inc. et al |
| 8:21-cv-01944-AB-KESx | South Coast Specialty Surgery Center, Inc.  v. Blue Cross of California et al |

On all documents subsequently filed in the case, please substitute the Judge initials TJH after the case number in place of the initials of the prior Judge.

DATED:  May 9, 2022

_____
Chief Judge Philip S. Gutierrez